# Exhibit A

January 26, 2023

VIA CERTIFIED MAIL

Secretary Carlos Del Toro
Department of the Navy
Office of the Secretary of the Navy
1000 Navy Pentagon, Room 4D652
Washington, DC 20350

**Re:    Notice of intent to sue the United States Department of the Navy for the ongoing discharge of pollutants into the Potomac River without a National Pollutant Discharge Elimination System Permit, in violation of the Clean Water Act**

Dear Secretary Del Toro,

This letter serves as a sixty-day notice that the Potomac Riverkeeper Network and the Natural Resources Defense Council intend to sue the Department of the Navy over ongoing violations of the Clean Water Act at Naval Support Facility (NSF) Dahlgren.

For more than a century, the U.S. Navy has operated a weapons testing facility in Dahlgren, Virginia, alongside the Potomac River. Here the Navy tests every type of gun in use and being developed for Navy ships. Some of this testing happens on land or in laboratories indoors. But much of it occurs in and on the Potomac River, along a 51-nautical mile stretch designated part of the Potomac River Test Range. This is the nation's largest over-the-water gun-firing range.

The Navy uses the Potomac River as a proving ground to test small arms, large-caliber guns, explosives, lasers, fuzes, propellants, and targeting systems. The Navy also practices chemical and biological defense, by dispersing substances that simulate chemical and biological weapons in the river to test the Navy's detection capabilities. These weapons and simulants contain toxic metals, solvents, organic chemicals, pathogenic bacteria, and other potentially harmful constituents. In total, the Navy has discharged more than 33 million pounds of ordnance into the river.

The Navy's testing program has never been regulated by a Clean Water Act permit, and the Navy's ongoing, unpermitted discharges from NSF Dahlgren into the Potomac River violate the Act.

We hereby give notice that the Potomac Riverkeeper Network and the Natural Resources Defense Council intend to sue the Department of the Navy and the Secretary of the Department of the Navy regarding the Navy's unpermitted discharges of pollutants into the Potomac River through outdoor research, development, testing, and evaluation activities at NSF Dahlgren. We will sue if the Navy does not cure its non-compliance with the Clean Water Act within sixty days.

**1.  The Navy conducts weapons testing and evaluation in the Potomac River.**

The Navy established a weapons testing facility and proving ground in Dahlgren, Virginia in 1918. During World War I, the Navy developed weapons too heavy to move around existing test sites and too powerful to fire there. The Navy acquired land and built a military base in Dahlgren to give it access to a long, straight stretch of the Potomac River for testing. When the facility was completed, the Navy fired the first shot into the river: a 153-pound projectile fired 11 miles from a 7-inch, 45-caliber gun.

The Navy has conducted outdoor weapons research, development, testing, and evaluation in the Potomac River continuously since then. The Navy's Potomac River Test Range includes a 51-nautical mile reach of the Potomac River, divided into areas designated the Upper, Middle, and Lower Danger Zones. Historically, the Navy tested rockets, mortars, mines, depth charges, torpedoes, and aircraft bombs in the Test Range. The Navy phased out most of those activities by the 1970s. The Navy continues to test and fire small arms and machine guns, large-caliber guns (approximately 4,700 projectiles per year), and explosives (at least 200 detonation events per year) in the river. *See* U.S. Dep't of the Navy, Final Environmental Impact Statement for Outdoor Research, Development, Test, and Evaluation Activities, Naval Surface Warfare Center, Dahlgren Division, at 2-3, 3-180 (2013) ("EIS").

Some weapons are fired from batteries on land. Others are fired or released from barges, drones, helicopters, or boats. The Navy fires some weapons at boats, platforms, towed sleds, and drones that are destroyed on or above the river. EIS at 4-127, 4-202. The Navy removes batteries, oil, gasoline, and antifreeze from these targets "to the extent possible" before destroying them. EIS at 1-55, 4-202-203.

The Navy also practices chemical and biological defense in the Potomac River, by releasing substances intended to simulate a chemical or biological attack. These substances include chemicals like diethyl phthalate (a plasticizer), diethyl ethyl phosphonate (used as a gasoline additive and in heavy metal extraction), and dimethyl adipate (used in paint strippers), as well as biological agents including Aspergillus niger (a fungus that causes black mold), Pantoea agglomerans (a pathogenic bacterium),

and Bacillus thuringiensis (a bacterium used as a biological insecticide). EIS at 3-209, 3-212, 3-223-225. To mimic a chemical or biological attack, the Navy releases these substances alongside "interferents" and "obscurants"—like fog oil, industrial lubricants, fuel, cleaning products, and paints—intended to challenge the Navy's detectors. EIS at 1-40.

Simulants are released into the water from boats, drones, or helicopters, typically 10 gallons at a time and up to 20 gallons per test. EIS at 4-36. In the past decade, the Navy has increased its chemical/biological defense testing to as many as 70 events per year in the river. EIS at 4-101.

2. **The Clean Water Act prohibits unpermitted discharges of pollutants into navigable waters.**

The Clean Water Act prohibits the discharge of any pollutant from a point source into navigable waters unless authorized by a National Pollutant Discharge Elimination System permit. 33 U.S.C. §§ 1311(a), 1342(a)(1). Pollutants include, among other things, munitions, chemical wastes, biological materials, and wrecked or discarded equipment. *Id*. § 1362(6); *Weinberger v. Romero-Barceló*, 456 U.S. 305, 309 (1982) ("[T]he release of ordnance from aircraft or from ships into navigable waters is a discharge of pollutants" subject to NPDES permitting). Point source means any discernible and discrete conveyance, including a vessel or other floating craft, from which pollutants are or may be discharged. 33 U.S.C. § 1362(14). Federal facilities, including military installations, are subject to the Clean Water Act's requirements. *Id*. § 1323(a).

The Clean Water Act includes two clauses that allow the President to exempt specific federal sources from permitting requirements. The first lets the President exempt "any effluent source" of any federal agency or department if it is "in the paramount interest of the United States" to do so. *Id*. Such exemptions expire after one year unless they are renewed. The second allows the President to issue regulations exempting military property from the requirements of the Act, again if it is in the paramount interest of the United States to do so. *Id*. Any such regulations must be reconsidered every three years. *Id*.

3. **The Navy is discharging pollutants into the Potomac River without a permit or exemption, in violation of the Clean Water Act.**

Bullets, projectiles, explosives, wrecked or discarded equipment, and chemical and biological substances are all pollutants under the Clean Water Act. *Id*. § 1362(6). Fog oil, industrial lubricants, fuel, cleaning products, and paints—used by the Navy as

3

interferents and obscurants—are also pollutants. *Id*. Batteries, oil, gasoline, and antifreeze from destroyed targets are pollutants too. *Id*. The Navy discharges these pollutants into the Potomac River through its outdoor research, development, testing, and evaluation activities at NSF Dahlgren, including by firing weapons, blowing up physical targets, and practicing biological and chemical defense.

The Navy may only discharge these pollutants into the river pursuant to a valid discharge permit. *Id*. §§ 1311(a), 1342(a)(1). The Navy does not have a permit. Nor has the Navy secured a Presidential exemption for its testing activities in the Potomac River. The Navy's discharges into the Potomac River therefore violate the Clean Water Act.

The U.S. Department of the Navy is the entity responsible for these violations. The Naval Surface Warfare Center, Dahlgren Division (NSWCDD), conducts the research, development, testing, and evaluation activities at NSF Dahlgren that cause these unpermitted discharges into the Potomac River. NSWCDD is one of the Naval Surface Warfare Centers under the Naval Sea Systems Command of the Department of the Navy, and NSF Dahlgren is a Department of the Navy facility under the supporting command of Naval Support Activity, South Potomac, Naval District Washington.

The Navy's testing activities and the associated unpermitted point source discharges occur within the entire Potomac River portion of the Potomac River Test Range, which is 51 nautical miles long and encompasses 169 square nautical miles of the river.

The Navy's unlawful discharges into the Potomac River are continuous, ongoing, and have occurred thousands of times per year since the enactment of the Clean Water Act.

4. **The Potomac Riverkeeper Network and the Natural Resources Defense Council intend to sue unless the Navy cures these Clean Water Act violations by securing a lawful discharge permit.**

The Clean Water Act provides that "any citizen may commence a civil action on his own behalf . . . against any [] governmental instrumentality or agency . . . who is alleged to be in violation of [] an effluent standard or limitation." *Id.* § 1365(a)(1). An "effluent standard or limitation" includes an "unlawful act" under section 301 of the Act, *id.* § 1365(f), which prohibits unpermitted point source discharges into navigable waters, *id.* § 1311(a).

A citizen must give written notice to the violator, the Administrator of the Environmental Protection Agency, and the state in which the violation occurs sixty days prior to filing suit. *Id.* § 1365(b)(1).

4

Pursuant to 40 C.F.R. § 135.3(a), the name, address, and telephone number of the persons giving this notice are:

> Potomac Riverkeeper Network
> 3070 M Street, NW
> Washington, DC 20007
> 202-888-2037
>
> Natural Resources Defense Council
> 1152 15th Street, NW Suite 300
> Washington, DC 20005
> 202-289-2376

Pursuant to 40 C.F.R. § 135.3(c), the name, address, and telephone number of legal counsel representing the persons giving this notice are:

> Aaron Colangelo
> Natural Resources Defense Council
> 1152 15th Street, NW Suite 300
> Washington, DC 20005
> 202-289-2376
>
> Robert G. Dreher
> Potomac Riverkeeper Network
> 3070 M Street, NW
> Washington, DC 20007
> 202-888-2037

A copy of this notice letter will be mailed to the Attorney General of the United States, the Administrator of the Environmental Protection Agency, the Regional Administrator for Environmental Protection Agency Region 3 (Mid-Atlantic), the Director of the Virginia Department of Environmental Quality, and the Secretary of the Maryland Department of the Environment. *See* 40 C.F.R. § 135.2(a)(3).

Please contact us promptly if you would like to discuss this matter. We are simultaneously serving a separate notice letter under the Endangered Species Act for the Navy's ongoing violations of that law caused by the same activities in the Potomac River.


Case 8:23-cv-01650-DKC   Document 1-1   Filed 06/21/23   Page 7 of 7

Respectfully,

*[signature]*  
Aaron Colangelo  
Natural Resources Defense Council  
1152 15th Street, NW Suite 300  
Washington DC, 20005  
202-289-2376

*[signature]*  
Robert G. Dreher  
Potomac Riverkeeper Network  
3070 M Street, NW  
Washington, DC 20007  
202-888-2037

cc:  Merrick B. Garland  
    Attorney General  
    U.S. Department of Justice  
    950 Pennsylvania Avenue, NW  
    Washington, DC 20530

    Administrator Michael S. Regan  
    U.S. Environmental Protection Agency  
    Office of the Administrator  
    Mailcode 1101A  
    1200 Pennsylvania Avenue, NW  
    Washington, DC 20460

    Adam Ortiz  
    Regional Administrator  
    U.S. Environmental Protection Agency  
    Mid-Atlantic Regional Office (Region 3)  
    Four Penn Center  
    1600 John F. Kennedy Boulevard  
    Philadelphia, PA 19103

Acting Secretary Suzanne Dorsey  
Maryland Department of the Environment  
Montgomery Park Business Center  
1800 Washington Boulevard  
Baltimore, MD 21230

Director Mike Rolband  
Virginia Department of Environmental Quality  
P.O. Box 1105  
Richmond, VA 23218


6
