UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| POTOMAC RIVERKEEPER, INC., and NATURAL RESOURCES DEFENSE COUNCIL, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE NAVY,<br><br>Defendant. | Civil Action No. 8:23-cv-1650 |

## ORDER

Upon consideration of the parties' Joint Motion to Enter the Consent Decree, the court finds that the Consent Decree is fair, reasonable, in the public interest, and consistent with the statutory purposes, and hereby GRANTS the motion.

The court will sign and enter the Consent Decree submitted with that motion. Once entered, the Clerk is directed to CLOSE this case administratively.

SO ORDERED this 10th day of January, 2024.

_/s/ Deborah K. Chasanow_
DEBORAH K. CHASANOW
United States District Judge